UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA SCOTT CLARKE,

        Plaintiff,

        -against-

ANDREW M. SAUL, as
Commissioner of Social Security,

        Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2019

Civil Action No. 1:19-cv-07213

MOTION FOR LEAVE TO FILE
FOR IN FORMA PAUPERIS
STATUS PERSUANT TO 28 USC § 1915

    PLEASE TAKE NOTICE that upon the attached Application to Proceed in District Court without Prepaying Fees or Costs, AO 240, Plaintiff Victoria Scott Clarke requests that the Clerk of this Court charge no costs, fees, and expenses to Plaintiff pursuant to 28 USC § 1915.

*Application granted.*
*So ordered.*
*10/4/19.* [signature] *U.S.D.J.*

*The Clerk is directed to close Docket No. 3.*

1

Dated:  August 1, 2019
        Bronx, New York

                        THE LEGAL AID SOCIETY

By: _____
Violeta Arciniega, Esq.
260 E 161st St,
Bronx, NY 11201
(718) 579-8157
Fax: (646) 616-4071
Email: varciniega@legal-aid.org

Marshall Green, Esq.
Attorney-in-Charge
Carol Santangelo, Esq.
260 E. 161st Street
Bronx, N.Y. 10451
(718) 991-4600
Email:
MWGreen@legal-aid.org
CSantangelo@legal-aid.org

*Attorneys for Plaintiff*