UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| VICTORIA SCOTT CLARKE, | : | **REVISED SCHEDULING ORDER** |
| Plaintiff, | : | |
| | | 19 Civ. 7213 (JGK) |
| v. | : | |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       IT IS HEREBY ORDERED, that the schedule for this case is amended as follows:

1. Defendant shall file a cross-motion for judgment on the pleadings by July 10, 2020.

2. Plaintiff shall file any reply by July 31, 2020.

       So Ordered.

Dated:    New York, New York

           May  30 , 2020

                                    /s/ John G. Koeltl
                              JOHN G. KOELTL
                              UNITED STATES DISTRICT JUDGE