UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**VICTORIA SCOTT CLARKE,**
                Plaintiff,

                ORDER OF REFERENCE TO A
                MAGISTRATE JUDGE

      v.

                19-cv-7213 (JGK)

**COMMISSIONER OF SOCIAL SECURITY,**
                Defendant.
-----------------------------------------------------------X

The above entitled action is referred to the Hon. Barbara C. Moses, United States Magistrate Judge, for the following purposes(s):

| | |
|---|---|
| ____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositve pre-trial motions and settlement) | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ✓ SOCIAL SECURITY |
| _X_ DISPOSITIVE MOTION (i.e., a motion Requiring a Report & Recommendation) | ____ SETTLEMENT |
| ____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)* | ____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR ALL PURPOSES (including trial) |
| Discovery Disputes | ____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR LIMITED PURPOSE OF |
| ____ JURY SELECTION | |
| ____ HABEAS CORPUS | |

**SO ORDERED.**

Dated: October 13, 2020
      New York, New York

                                            John G. Koeltl
                                            U.S. District Judge

*Do not check if already referred for General Pre-Trial.