UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTORIA SCOTT CLARKE,
                       Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/2021

19 **CIVIL** 7213 (BCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated June 16, 2021, plaintiff's motion is DENIED, the Commissioner's motion is GRANTED, and this action is DISMISSED.

**Dated:** New York, New York
         June 17, 2021

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                          BY:
                                                  **Deputy Clerk**